FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADAM VOELKER, individually, and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>   v.<br><br>ENROLL CONFIDENTLY, INC.,<br><br>                        Defendant. | NO:  2:24-CV-0197-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal Without Prejudice.  ECF No. 6.  Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal without Prejudice, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 30, 2024.



THOMAS O. RICE
United States District Judge